# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, JR., | CASE NO. 1:08-cv-00934-SMS PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO NOTIFY COURT WITHIN FIFTEEN DAYS WHETHER THEY CONSENT TO OR DECLINE MAGISTRATE JUDGE JURISDICTION |
| v. | |
| MARK N. PAZIN, et al., | |
| Defendants. | (Doc. 15) |

Defendants Mark Pazin, Merced County, and Merced County Sheriff's Department are HEREBY ORDERED to notify the Court within **fifteen (15) days** whether they consent to or decline Magistrate Judge jurisdiction.[1]

IT IS SO ORDERED.

**Dated:   June 30, 2009**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] This matter is assigned to the undersigned pursuant to Local Rule Appendix A(k)(1), and Plaintiff consented to Magistrate Judge jurisdiction on July 24, 2008.

1