# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, JR., | CASE NO. 1:08-cv-00934-SMS PC |
| Plaintiff, | ORDER NOTIFYING PLAINTIFF HIS RESPONSE TO DEFENDANTS' MOTION MUST BE FILED ON OR BEFORE JULY 20, 2009 |
| v. | |
| MARK N. PAZIN, et al., | (Doc. 18) |
| Defendants. | |

Plaintiff Lonnie Lee Poslof, Jr., a former prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 3, 2008. On June 29, 2009, Defendants Mark Pazin, Merced County, and Merced County Sheriff's Department filed a motion to dismiss or in the alterative for summary judgment. Although Plaintiff is no longer incarcerated, Local Rule 78-230(m) shall continue to apply to this case.

Accordingly, Plaintiff's opposition or statement of non-opposition is due on or before **July 20, 2009**. The failure to file an opposition or a statement of non-opposition will result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

**Dated:   June 30, 2009**            /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE